**Alexander JIGGETTS, Plaintiff-Appellant,**

v.

**BALTIMORE CITY POLICE DEPARTMENT; Lieutenant Michael Fries, Individual and Official Capacity; Detective Masters, Individual and Official Capacity; Sergeant Ronald Beverly, Individual and Official Capacity, Defendants-Appellees.**

No. 17-7146

United States Court of Appeals, Fourth Circuit.

Submitted: December 7, 2017

Decided: December 15, 2017

Alexander Jiggetts, Appellant Pro Se.

Before KING, SHEDD, and HARRIS, Circuit Judges.

* We express no opinion about the merits of the petition.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Jiggetts appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jiggetts v. Balt. City Police Dep't*, No. 1:17-cv-01593-JFM (D. Md. June 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*